IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY, | Case No. 4:22-cv-3213 |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL** |
| AUSTIN MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

The parties hereby stipulate and jointly agree that all claims in the above-captioned matter should be dismissed, with prejudice, each party to pay their own attorneys' fees and costs.

Dated February 1, 2024

AURORA COOPERATIVE ELEVATOR
COMPANY, Plaintiff

By:   REMBOLT LUDTKE LLP
       3 Landmark Centre
       1128 Lincoln Mall, Suite 300
       Lincoln, NE 68508
       (402) 475-5100

By:   s/Sheila A. Bentzen
       Sheila A. Bentzen (#25020)
       sbentzen@remboltlawfirm.com
       Timothy R. Engler (#15940)
       tengler@remboltlawfirm.com

AUSTIN MUTUAL INSURANCE
COMPANY, Defendant

By:   ERICKSON SEDERSTROM, P.C.
       10330 Regency Parkway Dr. #100
       Omaha, NE 68114
       (402) 397-2200

       s/Heather B. Veik
       Heather B. Veik #23463
       Thomas J. Culhane #10859
       hveik@eslaw.com
       culhane@eslaw.com

4869-8588-1501, v. 1