IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AURORA COOPERATIVE ELEVATOR COMPANY, | 4:22-CV-3213 |
| Plaintiff, | |
| vs. | JUDGMENT |
| AUSTIN MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

On the parties' Joint Stipulation for Dismissal (filing 65), this case is dismissed with prejudice, each party to pay their own attorney's fees and costs.

Dated this 1st day of February, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge